# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD BAILEY, | CASE NO. C17-0976-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COOK INCORPORATED, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to stay all proceedings pending the Judicial Panel on Multi-District Litigation's (JPML) decision on transfer to MDL Number 2570 (Dkt. No. 4). Plaintiff did not file a response in opposition. (*See* Dkt. No. 8 at 2.) On July 3, 2017, the JPML issued an order conditionally transferring this case to MDL 2570. (*Id.*) Given that Plaintiff did not file an opposition to the motion to stay, and because this case is in the process of being transferred, Defendants' motion to stay (Dkt. No. 4) is GRANTED.

This case is STAYED in its entirety until further notice from the Court. Any party may move to lift the stay at any time should the conditional transfer fail. The Clerk is directed to statistically CLOSE this case.

//

1      DATED this 7th day of July 2017.

William M. McCool  
Clerk of Court

/s/Paula McNabb  
Deputy Clerk